**UNITED STATES DISTRICT COURT
DISTRICT OF MAINE**

| | | |
|---|---|---|
| LONNELL BROWN, | ) | |
| | ) | |
| Movant | ) | |
| v. | ) | 2:07-cr-95-GZS |
| | ) | 2:10-cv-425-GZS |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent | ) | |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 550) filed May 9, 2011, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Movant's 28 U.S.C. § 2255 Motion (Docket No. 508) is **DENIED**. It is also **ORDERED** that a certificate of appealability shall not issue in the event Movant files a notice of appeal because there is no substantial showing of the denial of a constitutional right as contemplated by 28 U.S.C. § 2253(c)(2).

    /s/ George Z. Singal
    United States District Judge

Dated this 1st day of June, 2011.